## TROXLER v. CHARTER MANDALA CENTER

No. 175P88.

Case below: 89 N.C. App. 268.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 28 July 1988.

## WARD v. DURHAM LIFE INS. CO.

No. 309A88.

Case below: 90 N.C. App. 286.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues allowed 28 July 1988.

## WILDWOODS OF LAKE JOHNSON ASSOC. v. L. P. COX CO.

No. 199P88.

Case below: 88 N.C. App. 88.

Petition by plaintiffs for discretionary review pursuant to · G.S. 7A-31 denied 28 July 1988.

PETITIONS TO REHEAR

## McNEILL v. DURHAM COUNTY ABC BD.

No. 524PA87.

Case below: 322 N.C. 425.

Petition by plaintiff to rehear denied 28 July 1988.

## STATE v. TAYLOR

No. 317A87.

Case below: 322 N.C. 433.

Petition by defendant to rehear denied 28 July 1988.